DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

REICH v. PRICE

No. 253P93

Case below: 110 N.C.App. 255

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 29 July 1993.

SMITH v. GUPTON

No. 272P93

Case below: 110 N.C.App. 482

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.

STATE v. BAKER

No. 216P93

Case below: 106 N.C.App. 687

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.

STATE v. BUCKOM

No. 314A93

Case below: 111 N.C.App. 240

Petition by Attorney General for writ of supersedeas and temporary stay denied 10 August 1993.

STATE v. CALDWELL

No. 244P93

Case below: 110 N.C.App. 316

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.